UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Judith Ann McCarraher | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Bankruptcy No: 24-13338-amc |
| | ) | |
| | ) | |

ORDER

AND NOW, upon consideration of the attached Motion and after notice having been given to all interested parties, it is hereby ORDERED that:

It is hereby ORDERED THAT:

1. Debtors' motion for extension of time is **GRANTED** and
2. Debtors' extension of an additional fourteen (14) days, until October 16, 2024 to prepare Attorney Disclosure Statement, Chapter 13 Plan, Schedules A-J, Statement of Financial Affairs, Summary of schedules, Statistical Summary of Certain Liabilities, Statement of and Current Monthly Income is **GRANTED.**

Dated: Oct. 4, 2024

_____
Honorable Ashely M. Chan