UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Judith Ann McCarraher | ) | Chapter 13 |
| | ) | |
| | ) | Bankruptcy No: 24-13338-amc |
| Debtor | ) | |
| | ) | |

ORDER

AND NOW, upon consideration of the attached Motion and after notice having been given to all interested parties, it is hereby ORDERED that:

It is hereby ORDERED THAT:

Debtor's motion for extension of time is **GRANTED** and the automatic stay is extended as to all creditors.

Dated: October 9, 2024

_____
Honorable Ashely M. Chan