**Fill in this information to identify your case:**

Debtor 1: Judith Ann McCarraher
First Name   Middle Name   Last Name

Debtor 2 (Spouse, if filing):
First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (if know): 24-13338-amc

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim** Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion** If any |
|---|---|---|---|

**2.1**

Chester County
Creditor's Name
Attn. Patricia Maisano, Treasurer
Number   Street
313 West Market St. Suite 3202

West Chester   PA    19380
City            State   ZIP Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:** $ 800.00    $ 403,100.00    $ 0.00

14 Richard Wilson Drive,, Coatesville, PA 19320 - $403,100.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

### 2.2

**Creditor's Name:** Tax Claim Bureau
**Number Street:** 313 West Market Street
Suite 3602
**City State ZIP Code:** West Chester PA  19380-0991

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**   $ 0.00   $ 403,100.00   $ 0.00

14 Richard Wilson Drive,, Coatesville, PA 19320 - $403,100.00
For notice purposes only.

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

### 2.3

**Creditor's Name:** The Bank of New York Mellon
**Number Street:** 3217 S. Decker Lake Drive
**City State ZIP Code:** Salt Lake City UT  84119

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**   $ 76,431.95   $ 403,100.00   $ 0.00

14 Richard Wilson Drive,, Coatesville, PA 19320 - $403,100.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

### 2.4

**Creditor's Name:** Unionville-Chadds Ford School District
attn. Tax Office
**Number Street:** 740 Unionville Rd.
**City State ZIP Code:** Kennett Square PA  19348

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**   $ 4,500.00   $ 403,100.00   $ 0.00

14 Richard Wilson Drive,, Coatesville, PA 19320 - $403,100.00
2024 school taxes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

| 2.5 | | Describe the property that secures the claim: | $ 305.00 | $ 403,100.00 | $ 0.00 |

West Marlborough Township
Creditor's Name
1300 Doe Run Rd
Number         Street
Coatesville    PA    19320
City           State    ZIP Code

14 Richard Wilson Drive,, Coatesville, PA 19320 - $403,100.00

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 82,036.95

---

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Chester County Tax Claim Bureau
Creditor's Name
attn. Jonathan B. Schuck, Director
Number         Street
313 West Market Street, Suite 3602

West Chester    PA    19380-0991
City            State    ZIP Code

On which line in Part 1 did you enter the creditor? 2.1
Last 4 digits of account number _____

Danielle M. Dileva, Esq.
Creditor's Name
KML Law Group, PC
Number         Street
701 Market Street, Suite 5000

Philadelphia    PA    19106
City            State    ZIP Code

On which line in Part 1 did you enter the creditor? 2.3
Last 4 digits of account number _____

Unionville-Chadds Ford School District
Creditor's Name
Attn. Tax Office
Number         Street
10 Ring Road

Chadds Ford    PA    19317
City           State    ZIP Code

On which line in Part 1 did you enter the creditor? 2.4
Last 4 digits of account number _____