UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
---|---
Judith Ann McCarraher | Bankruptcy No. 24-13338-AMC
Debtor |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 15, 2025**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE