| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-13338-AMC

Judith Ann McCarraher
14 Richard Wilson Drive,
Coatesville  PA    19320

Petition Filed Date: 09/18/2024
341 Hearing Date: 11/15/2024
Confirmation Date:

Case Status: Dismissed Before Confirmation on 8/15/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/26/2024 | $1,615.00 | 5269637 | 11/26/2024 | $1,615.00 | 5269638 | 01/02/2025 | $1,615.00 | 5131969 |
| 01/16/2025 | $1,610.00 | 5132111 | 02/19/2025 | $1,725.00 | 2724898 | 02/19/2025 | $1,725.00 | 2724899 |
| 04/23/2025 | $1,743.00 | 2736231 | 06/02/2025 | $1,743.00 | 2742727 | | | |

**Total Receipts for the Period: $13,391.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,391.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHRISTOPHER G CASSIE ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | MERRICK BANK<br>»»  001 | Unsecured Creditors | $1,992.47 | $0.00 | $0.00 |
| 2 | SELECT PORTFOLIO SERVICING INC<br>»»  002 | Mortgage Arrears | $82,311.57 | $0.00 | $0.00 |
| 3 | CHESTER COUNTY TCB<br>»»  003 | Secured Creditors | $6,153.90 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-13338-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,391.00 | Current Monthly Payment: | $1,730.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,083.17 | Total Plan Base: | $103,455.00 |
| Funds on Hand: | $12,307.83 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.